IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 13-cv-00471-RBJ-BNB | Date: March 18, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| KEN DOMANSKI | *Matthew D. Forsgren* |
| RICHARD JONES | *Ryan J. Fletcher* |
| JASON KIRBY | |
| SCOTT KLOBERDANZ | |
| MICHAEL MARSOLEK | |
| RICK MERCADO | |
| DAVID MORRISON | |
| VICTOR PFEFER | |
| VINCE SODERQUIST | |
| ELLIOTT AUTO SUPPLY CO. | |
| **Non- Party Movants** | |
| v. | |
| GENERAL PARTS DISTRIBUTION LLC | *David J. Goldstein* |
| | *Darren E. Nadel* |
| **Respondent** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  8:34 a.m.  Appearance of counsel.

Argument presented on [2] Motion to Quash Deposition Subpoenas and for Protective Order.

For reasons stated on the record, it is

**ORDERED:  [2] Motion to Quash Deposition Subpoenas and for Protective Order is GRANTED IN PART and DENIED IN PART.**

Court in Recess:  9:03 a.m.   Hearing concluded.   Total time in Court:  00:29

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119